UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC as servicer for U.S.
Bank National Association, as Trustee for J.P. Morgan
Mortgage Acquisition Trust 2006-WMC3, Asset
backed pass-Through certificates, Series 2006-WMC3

In Re:

     Kheir, Mona

Order Filed on January 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  19-30985-VFP

Hearing Date: January 07, 2020 at
10:00 A.M.

Judge:  Vincent F. Papalia

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 8, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for U.S. Bank National</u>
<u>Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC3, Asset backed pass-</u>
<u>Through certificates, Series 2006-WMC3</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 13, Block 778,      1475 Lawrence Street,**
**Rahway NJ 07065**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially
pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,
short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's
sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession
of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 19-30985-VFP
Mona Kheir                                                  Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Jan 09, 2020
                              Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
```
db              Mona Kheir,    1475 Lawrence St,    Rahway, NJ  07065-5131
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

```
        ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
```
          Barbara  Edwards     bedwardstrustee@aol.com,   NJ48@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for U.S.
           Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC3,
           Asset backed pass-Through certificates, Series 2006-WMC3 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for J.P.
           Morgan Mortgage Acquisition Trust 2006-WMC3, Asset backed Et Al... dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veer P Patel    on behalf of Debtor Mona  Kheir bk@focusedlaw.com,
           andres@focusedlaw.com;g35648@notify.cincompass.com;bk@focusedlaw.com;soltis@focusedlaw.com;figuer
           oa@focusedlaw.com
```
                                                                                      TOTAL: 5