Form 170 – ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19–30985–VFP
                          Chapter: 7
                          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mona Kheir
   1475 Lawrence St
   Rahway, NJ 07065–5131

Social Security No.:
   xxx–xx–8148

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Barbara Edwards on behalf of Barbara Edwards.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐   The corporate debtor is self–represented.

    ☑   Other: failure of debtor to cooperate with trustee.

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia on,

Date: 6/2/20
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: May 1, 2020
JAN:

                                                        Jeanne Naughton
                                                        Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                         Case No. 19-30985-VFP
Mona Kheir                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: May 01, 2020
                               Form ID: 170                 Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
```
db             Mona Kheir,    1475 Lawrence St,    Rahway, NJ 07065-5131
518559891      Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO 63179-0034
518559897     +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
518559898      Specialized Loan Servicing/Sls,    Attn: Bankruptcy Dept,    8742 Lucent Blvd Ste 300,
                Highlands Ranch, CO 80129-2386
518559901      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518559902      Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
518559903      Wells Fargo Dealer Svc,    PO Box 10709,    Raleigh, NC 27605-0709
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 02 2020 00:34:16      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2020 00:34:14      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518559893      E-mail/Text: mrdiscen@discover.com May 02 2020 00:33:21      Discover Financial,
                Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850-5316
518559892      E-mail/Text: mrdiscen@discover.com May 02 2020 00:33:21      Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE 19850-5316
518559890      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 02 2020 00:38:47      Chase Card Services,
                Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
518559894      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 02 2020 00:39:47      Jpmcb Card,
                PO Box 15369,    Wilmington, DE 19850-5369
518559895      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 02 2020 00:39:47      Jpmcb Hl,
                700 Kansas Ln,    Monroe, LA 71203-4774
518559896      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2020 00:40:04
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518559899      E-mail/Text: bankruptcy@td.com May 02 2020 00:34:18      Td Bank N.A.,    32 Chestnut St,
                Lewiston, ME 04240-7744
                                                                                              TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518559900*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                (address filed with court: Td Bank, N.A.,     32 Chestnut St,    Lewiston, ME 04240-7744)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
```
              Barbara   Edwards     on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing LLC as servicer for U.S.
               Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC3,
               Asset backed pass-Through certificates, Series 2006-WMC3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for J.P.
               Morgan Mortgage Acquisition Trust 2006-WMC3, Asset backed Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 01, 2020
                              Form ID: 170             Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Simone  Mulla    on behalf of Debtor Mona  Kheir mulla@focusedlaw.com,
               g35648@notify.cincompass.com;bk@focusedlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Veer P Patel    on behalf of Debtor Mona  Kheir bk@focusedlaw.com,
               andres@focusedlaw.com;g35648@notify.cincompass.com;bk@focusedlaw.com;soltis@focusedlaw.com;figuer
               oa@focusedlaw.com
                                                                                              TOTAL: 7
```