UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                        Case No.:        19-30985-VFP

Mona Kheir                                    Chapter:              7

                    Debtor(s).               Judge:        Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Clerk, US Bankruptcy Court, DNJ
                         PO Box 1352
                         Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on _____6/23/2020_____ at ___10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    Real property located at 1475 Lawrence Street, Rahway, NJ. Fair Market Value: $245,000.00

Liens on property:    Subject to mortgage held by Specialized Loan Servicing in the approximate amount of $261,481.12.

Amount of equity claimed as exempt:  None

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Barbara A. Edwards, Interim Trustee

Address:     Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410

Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-30985-VFP
Mona Kheir                                                                Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: May 18, 2020
                             Form ID: pdf905       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db              Mona Kheir,   1475 Lawrence St,   Rahway, NJ  07065-5131
518559891       Citibank/the Home Depot,   Attn: Recovery/Centralized Bankruptcy,   PO Box 790034,
                Saint Louis, MO  63179-0034
518559897      +Specialized Loan Servi,   8742 Lucent Blvd,   Highlands Ranch, CO 80129-2386
518559898       Specialized Loan Servicing/Sls,   Attn: Bankruptcy Dept,   8742 Lucent Blvd Ste 300,
                Highlands Ranch, CO  80129-2386
518559901       Thd/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497
518559902       Wells Fargo Dealer Services,   Attn: Bankruptcy,   PO Box 19657,   Irvine, CA  92623-9657
518559903       Wells Fargo Dealer Svc,   PO Box 10709,   Raleigh, NC  27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 18 2020 23:33:04    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2020 23:33:00    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518559893       E-mail/Text: mrdiscen@discover.com May 18 2020 23:32:24    Discover Financial,
                Attn: Bankruptcy Department,   PO Box 15316,   Wilmington, DE  19850-5316
518559892       E-mail/Text: mrdiscen@discover.com May 18 2020 23:32:24    Discover Fin Svcs LLC,
                PO Box 15316,   Wilmington, DE  19850-5316
518559890       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 18 2020 23:38:14    Chase Card Services,
                Attn: Bankruptcy,   PO Box 15298,   Wilmington, DE  19850-5298
518559894       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 18 2020 23:39:22    Jpmcb Card,
                PO Box 15369,   Wilmington, DE  19850-5369
518559895       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 18 2020 23:38:14    Jpmcb Hl,
                700 Kansas Ln,   Monroe, LA  71203-4774
518559896       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07
                Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4952
518559899       E-mail/Text: bankruptcy@td.com May 18 2020 23:33:06    Td Bank N.A.,   32 Chestnut St,
                Lewiston, ME  04240-7744
                                                                                       TOTAL: 9

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518559900*     ++TD BANKNORTH NA,   70 GRAY ROAD,   FALMOUTH ME 04105-2299
                (address filed with court: Td Bank, N.A.,   32 Chestnut St,   Lewiston, ME  04240-7744)
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
          Barbara  Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
          NJ48@ecfcbis.com
          Barbara  Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing LLC as servicer for U.S.
          Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC3,
          Asset backed pass-Through certificates, Series 2006-WMC3 dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for J.P.
          Morgan Mortgage Acquisition Trust 2006-WMC3, Asset backed Et Al... dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com

District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 18, 2020
                             Form ID: pdf905           Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Simone  Mulla    on behalf of Debtor Mona  Kheir mulla@focusedlaw.com,
           g35648@notify.cincompass.com;bk@focusedlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veer P Patel    on behalf of Debtor Mona  Kheir bk@focusedlaw.com,
           andres@focusedlaw.com;g35648@notify.cincompass.com;bk@focusedlaw.com;soltis@focusedlaw.com;figuer
           oa@focusedlaw.com
                                                                              TOTAL: 7