**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mona Kheir | Social Security number or ITIN  xxx–xx–8148 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–30985–VFP | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mona Kheir

6/5/20

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     **Order of Discharge**     page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-30985-VFP
Mona Kheir                                                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                Page 1 of 2                 Date Rcvd: Jun 05, 2020
                                Form ID: 318               Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db              Mona Kheir,    1475 Lawrence St,     Rahway, NJ   07065-5131
518559897      +Specialized Loan Servi,    8742 Lucent Blvd,     Highlands Ranch, CO 80129-2386
518559898       Specialized Loan Servicing/Sls,    Attn: Bankruptcy Dept,    8742 Lucent Blvd Ste 300,
                 Highlands Ranch, CO   80129-2386
518559903       Wells Fargo Dealer Svc,    PO Box 10709,    Raleigh, NC   27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:09:56     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:09:49     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518559891       EDI: CITICORP.COM Jun 06 2020 06:04:00      Citibank/the Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,   PO Box 790034,   Saint Louis, MO   63179-0034
518559893       EDI: DISCOVER.COM Jun 06 2020 06:04:00      Discover Financial,   Attn: Bankruptcy Department,
                 PO Box 15316,   Wilmington, DE   19850-5316
518559892       EDI: DISCOVER.COM Jun 06 2020 06:04:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE   19850-5316
518559890       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      Chase Card Services,   Attn: Bankruptcy,
                 PO Box 15298,   Wilmington, DE   19850-5298
518559894       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      Jpmcb Card,   PO Box 15369,
                 Wilmington, DE   19850-5369
518559895       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      Jpmcb Hl,   700 Kansas Ln,   Monroe, LA  71203-4774
518559896       EDI: PRA.COM Jun 06 2020 06:03:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA   23502-4952
518559899       EDI: TDBANKNORTH.COM Jun 06 2020 06:08:00      Td Bank N.A.,   32 Chestnut St,
                 Lewiston, ME   04240-7744
518559901       EDI: CITICORP.COM Jun 06 2020 06:04:00      Thd/Cbna,   PO Box 6497,
                 Sioux Falls, SD  57117-6497
518559902       EDI: WFFC.COM Jun 06 2020 06:03:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 PO Box 19657,   Irvine, CA  92623-9657
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518559900*     ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                (address filed with court:  Td Bank, N.A.,    32 Chestnut St,    Lewiston, ME   04240-7744)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for U.S.
               Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC3,
               Asset backed pass-Through certificates, Series 2006-WMC3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 05, 2020
                               Form ID: 318             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for J.P.
   Morgan Mortgage Acquisition Trust 2006-WMC3, Asset backed Et Al... dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
          Simone  Mulla    on behalf of Debtor Mona  Kheir mulla@focusedlaw.com,
   g35648@notify.cincompass.com;bk@focusedlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veer P Patel    on behalf of Debtor Mona  Kheir bk@focusedlaw.com,
   andres@focusedlaw.com;g35648@notify.cincompass.com;bk@focusedlaw.com;soltis@focusedlaw.com;figueroa@focusedlaw.com

                                                                                                                         TOTAL: 7