Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

|  |  |
|---|---|
|  | Case No.: 19–30985–VFP |
|  | Chapter: 7 |
|  | Judge: Vincent F. Papalia |

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Mona Kheir
　1475 Lawrence St
　Rahway, NJ 07065–5131

Social Security No.:
　xxx–xx–8148

Employer's Tax I.D. No.:

---

**FINAL DECREE**

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 18, 2020</u>　　　　　　　　<u>Vincent F. Papalia</u>
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court